PHILLIP A. TALBERT
Acting United States Attorney
BRIAN K. DELANEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:16-CR-00080-LJO-SKO |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| PATRICK MARA, | |
| Defendant. | |

Based upon the plea agreement and the stipulation and application for preliminary order of forfeiture entered into between plaintiff United States of America and defendant Patrick Mara, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendant Patrick Mara's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. A personal money judgment against PATRICK MARA in the amount of $80,000.

    b. Any and all amounts received from the California Public Employees' Retirement System (CalPERS), not to exceed $80,000.00.

2. Defendant Patrick Mara stipulates to the disbursement of any pension or retirement benefits due to him as a result of his service with law enforcement, specifically, but

not limited to, the California Public Employees' Retirement System (CalPERS), up to the amount of the money judgment, not to exceed $80,000.00.[1]  The balance received from CalPERS shall be credited to the money judgment, not to exceed $80,000.00.  Any remaining balance after full satisfaction of the money judgment, shall be returned to defendant Patrick Mara.

3. CalPERS shall send disbursement in the form of a cashier's check, payable to the U.S. Marshals Service, to the following address:  U.S. Attorney's Office, Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, California 93721.  Said funds shall be held by the U.S. Marshals Service pending further order of the Court.

4. The above-listed property constitutes or is derived from any proceeds obtained by the defendant, directly or indirectly, and is property used, intended to be used, in any manner or part, to commit, or to facilitate the commission of, or was in a conspiracy to commit, a violation of 21 U.S.C. §§ 846 and 841(a)(1).

5. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, CA 93721.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

6. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property and any funds received for the satisfaction of the above-listed property, including any disbursements from CalPERS.  The aforementioned property shall be seized and held by the United States Marshals Service in its secure custody and control.

7. a. Pursuant to 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney

---

[1] The balance received from defendant's pension or retirement benefits shall be applied to the outstanding amount of the personal money judgment.

PRELIMINARY ORDER OF FORFEITURE                    2

...

General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

      b.    This notice shall state that any person, other than the defendants, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

8.    The government, in its discretion, shall conduct discovery, including written discovery, the taking of depositions, and the issuance of subpoenas, in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

9.    If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **September 19, 2016**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE