**LAW OFFICE OF FRED GAGLIARDINI**
**Fred Gagliardini, SBN 202781**
Mary A. McGrath, SBN 266400
1227 California Avenue
Bakersfield, California 93304
(661) 755-5757

Attorneys for Defendant
Patrick Mara

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff<br><br>        v.<br><br>PATRICK MARA,<br><br>                    Defendant | Case No.: 1:16-CR-00080-001-LJO-SKO<br><br>APPLICATION FOR EXTENSION OF SURRENDER DATE AND ORDER<br><br>COURT: Hon. Lawrence J. O'Neill |

   Defendant PATRICK MARA, through undersigned counsel, respectfully requests that this Court extend his self-surrender date from December 5, 2016 to a date after December 15, 2016. The reason for the request is that Defendant MARA received his Designation Notice yesterday, November 23, 2016, the day before the four-day Thanksgiving weekend.

   Defendant MARA was designated to the Sheridan Oregon SCP and is presently due to surrender on December 5, 2016.

Counsel received the email and Designation Notice in the afternoon of November 23, 2016.

On behalf of Defendant MARA, Counsel requests an extension of surrender so that Defendant MARA can secure permanent housing for his wife and children (December 15, 2016) and then have sufficient time to travel to the facility.

DATED: November 24, 2016

Respectfully submitted,

                                                          Law Office of Fred Gagliardini

Dated: November 24, 2016                By: _____/S/_____

                                                          Fred Gagliardini, Attorney for MARA

# ORDER

Based on the foregoing Application, and good cause appearing therefore, IT IS ORDERED that Defendant's Motion to Extend Self-Surrender Date is GRANTED; and it is further,

ORDERED, that the defendant, PATRICK MARA, surrender to the facility designated by the Bureau of Prisons, or to the United States Marshal Service by 2:00 p.m. on: December 15, 2016 .

IT IS SO ORDERED.

Dated:   **November 28, 2016**             /s/ Lawrence J. O'Neill
                                      UNITED STATES CHIEF DISTRICT JUDGE