PHILLIP A. TALBERT
United States Attorney
BRIAN K. DELANEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:16-CR-00080-LJO-SKO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| PATRICK MARA, | |
| Defendant. | |

WHEREAS, on September 19, 2016, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Patrick Mara forfeiting to the United States the following property:

    a. A personal money judgment against PATRICK MARA in the amount of $80,000; and

    b. Any pension or retirement benefits due to defendant as a result of his service with law enforcement, specifically, but not limited to, the California Public Employees' Retirement System (CalPERS), up to the amount of the money judgment, not to exceed $80,000.00.[1]

---

[1] The balance received from defendant's pension or retirement benefits shall be applied to the outstanding amount of the personal money judgment. The U.S. Attorney's Office received $26,999.90 from CalPERS which shall be offset from the money judgment amount.

FINAL ORDER OF FORFEITURE      1

1 AND WHEREAS, beginning on November 9, 2016, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the United States sent direct written notice by certified mail to Kristin Mara, known to have an alleged interest in the above-described property;

AND WHEREAS, no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture is hereby entered forfeiting to the United States all right, title, and interest in the below-listed property pursuant to 21 U.S.C. § 853(a), and Fed. R. Cr. P. 32.2(b), including all right, title, and interest of Patrick Mara and Kristin Mara, whose rights to the below-listed property are hereby extinguished:

   a. A personal money judgment against PATRICK MARA in the amount of $53,000.10; and

   b. The distribution amount of $26,999.90 received from CalPERS for Patrick Mara, which has been credited to the money judgment amount.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **January 10, 2017**            /s/ Lawrence J. O'Neill
                                         UNITED STATES CHIEF DISTRICT JUDGE