1  PHILLIP A. TALBERT
   United States Attorney
2  ANGELA L. SCOTT
   BRIAN K. DELANEY
3  Assistant United States Attorney
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile:  (559) 497-4099

6

7  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17 CR 00215-DAD-BAM |
| Plaintiff, | |
| v. | |
| NOEL CARTER, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | CASE NO. 1:15 CR 00326-LJO-SKO |
| Plaintiff, | |
| v. | |
| DAMACIO DIAZ, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | CASE NO. 1:16 CR 00080-LJO-SKO |
| Plaintiff, | |
| v. | |
| PATRICK MARA, | |
| Defendant. | |

NOTICE OF RELATED CASES

1

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17 CR 00087-LJO-SKO |
| Plaintiff, | |
| v. | |
| LOGAN AUGUST, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | CASE NO. 1:17 CR 00088-LJO-SKO |
| Plaintiff, | **NOTICE OF RELATED CASES** |
| v. | [EDCA L.R. 123] |
| DERRICK PENNEY, | |
| Defendant. | |

TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD,

The United States of America, through its undersigned counsel, Assistant United States Attorney Angela L. Scott, hereby gives notice that the above-captioned matters are related cases within the meaning of Local Rule 123.  These cases all involve defendant Noel CARTER, as well as Damacio Diaz, Patrick Mara, Derrick Penney and Logan August.  The CARTER case also involves many of the same witnesses, and is based on many of the same facts.  Reassignment to the same district judge would avoid substantial duplication of labor by the Court.

In United States v. Diaz, Case No. 1:15 CR 00326-LJO, the defendant, Damacio Diaz, pleaded guilty to one count of Federal Programs Bribery, in violation of 18 U.S.C. § 666(a)(1)(B), one count of Possession and Attempted Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), 846 and one Count of Making and Subscribing a False Income Tax Return, in violation of 26 U.S.C. § 7206(1) .  Specifically, Diaz admitted that (1) he received bribes from a confidential informant, (2) he obtained methamphetamine during the course of his official duties, but instead of submitting it to the police department, retained it for his own unlawful gain, and (3) that he submitted a false tax return.  Defendant Diaz was sentenced by the Honorable Lawrence J. O'Neill on October 3, 2016.

Likewise, in United States v. Mara, Case No. 1:16 CR 00080 (LJO) the defendant, Patrick Mara, pleaded guilty to an information alleging that, from June 2012 to October 2013, while he was a police officer with the Bakersfield Police Department, he conspired with Diaz and others to distribute methamphetamine.  Specifically, he obtained methamphetamine during the course of his official duties, but instead of submitting it to the police department, retained it for his own unlawful gain.  Defendant Mara also admitted that he and Diaz sold the methamphetamine to a third party for profit.  Defendant Mara was sentenced by the Honorable Lawrence J. O'Neill on October 24, 2016.

The current indictment against defendant Noel CARTER alleges that Diaz and Mara conspired with CARTER to distribute the above-referenced methamphetamine, as well as some marijuana. Specifically, CARTER was the "third party" to whom Diaz and Mara distributed the methamphetamine, and some marijuana, for profit.

Law enforcement's investigation also revealed that in mid-2014, defendant Mara was involved with former Kern County Sheriff's Department Deputies Logan August and Derrick Penney, and others, in a conspiracy to steal and distribute marijuana previously seized by the Kern County Sheriff's Department.  Logan August and Derrick Penney have pleaded guilty to informations alleging this conspiracy.  Defendants Penney and August were sentenced by the Honorable Lawrence J. O'Neill on August 7, 2017.

The current indictment against Noel CARTER alleges that he conspired to distribute the aforementioned marijuana previously seized by the Kern County Sheriff's Department.

Pursuant to Local Rule 123(a)(1), the Noel CARTER case involves Damacio Diaz, Patrick Mara, Derrick Penney and Logan August, as well as the conduct at issue in the United States v. Diaz, United States v. Mara, United States v. Penney and United States v. August cases.  Further, reassignment of the cases to the same district judge is "likely to effect a substantial savings of judicial effort" because it will necessarily avoid the "substantial duplication of labor" by the judiciary of this district, including the need for a district judge to familiarize himself with the various co-conspirators in this scheme in order to ascertain the participants' roles in the events.  See EDCA L.R. 123(a)(3)-(4).

For the foregoing reasons, the United States believes that the above-captioned cases are related within the meaning of Local Rule 123.  Consequently, the United States respectfully requests that the

above-captioned cases be reassigned to the Honorable Lawrence J. O'Neill in accordance with the provisions of the Local Rules of this district.

Dated:  September 22, 2017                              PHILLIP A. TALBERT
                                                        United States Attorney

                                             By:  /s/ ANGELA L. SCOTT
                                                    ANGELA L. SCOTT
                                                    Assistant United States Attorney